# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

| | |
|---|---|
| **CHRISTY ARNOLD,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **MONOGRAM REFRIGERATION LLC,** | CASE NO: 23-1279-STA-jay |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **STIPULATION of Dismissal** entered on July 8, 2024, this cause is hereby **DISMISSED with prejudice.**

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 7/9/2024**

Wendy R. Oliver
Clerk of Court

s/Maurice B. BRYSON

(By)   Deputy Clerk